JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 18, 2011

Check No. 2023615

Check Amount: $3,395.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-48316-R | 00000 | CHARLES EDWARD WHEELER, JR. | 0 | XXXXX2944 | 313.75 | 0.00 | 313.75 |
| | | Original check written to: <br> CHARLES EDWARD WHEELER, JR. <br> 105 SUNSET <br> WHITESBORO, TX 76273 | | | | | |
| 06-40140-R | 00000 | LINDA HECK | | XXXXX0276 | 307.36 | 0.00 | 307.36 |
| | | Original check written to: <br> LINDA HECK <br> 6585 COUNTY ROAD 179 <br> CELINA, TX 75009 | | | | | |
| 10-41082-R | 00000 | JOSE & MARTHA ALVAREZ | | XXXXX4892 | 1,200.00 | 0.00 | 1,200.00 |
| | | Original check written to: <br> JOSE ALVAREZ <br> 11822 CINNAMON LANE <br> PONDER, TX 76259 | | XXXXX9984 | | | |
| 10-41083-R | 00000 | CHERYLANN BABETTE BIEL | | XXXXX8348 | 225.00 | 0.00 | 225.00 |
| | | Original check written to: <br> CHERYLANN BABETTE BIEL <br> 12155 BUTTERCUP LANE <br> JUSTIN, TX 76247-7718 | | | | | |
| 10-41430-R | 00000 | RANDOLPH KENT LEMONS | | XXXXX5655 | 904.00 | 0.00 | 904.00 |
| | | Original check written to: <br> RANDOLPH KENT LEMONS <br> 2172 CHAPMAN DRIVE <br> CARROLLTON, TX 75010 | | | | | |
| 10-43455-R | 00000 | RUSTY L RUSHING | 0 | XXXXX4213 | 445.51 | 0.00 | 445.51 |
| | | Original check written to: <br> RUSTY L RUSHING <br> 2820 QUARTER HORSE LANE <br> CELINA, TX 75009 | | | | | |
| | | | | **TOTALS** | **$3,395.62** | **$0.00** | **$3,395.62** |